Case 1:20-cr-00068-DLH *SEALED*   Document 8   Filed 06/04/20   Page 1 of 2

Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America<br>v.<br>Stephen Tramell Mason a/k/a Mace<br><br>*Defendant* | )<br>)<br>)  Case No.  1:20-cr-68-03<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____Stephen Tramell Mason a/k/a Mace_____,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances

Date: 06/04/2020

/s/ Carla Schultz
*Issuing officer's signature*

Carla Schultz, Deputy Clerk
*Printed name and title*

City and state:   Bismarck, ND

### Return

| | |
|---|---|
| This warrant was received on *(date)* 6/4/2020, and the person was arrested on *(date)* 7/26/2020 at *(city and state)* Marion, IN. | |
| Date: 7/28/2020 | /s/ Laura Boll  FOR Marion PD<br>*Arresting officer's signature*<br><br>Laura M Boll, DUSM<br>*Printed name and title* |